**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

RICHARD KIRZIEJONEK,

        Plaintiff,

    v.

ELMA TRANSPORT, INC.

        Defendants.

CIVIL ACTION NO: 8:24-CV-1439-WFJ-AAS

**PLAINTIFF'S NOTICE OF FINAL SETTLEMENT**

The Parties have resolved all claims asserted in this lawsuit and have executed a written settlement agreement signed by both Parties, and provide notice pursuant to Local Rule 3.09, and request the Court enter a dismissal pursuant to Fed. R. Civ. P. 41(a) and Local Rule 3.09(b), with prejudice and without costs as to any party.

Respectfully submitted,

*/s Joshua S. Boyette*
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
Phone: (856) 685-7420
Fax: (856) 685-7417
Email: jboyette@swartz-legal.com
Counsel for Plaintiff

April 30, 2025

1